```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CANDACE MOORE,

                    Plaintiff,
                                          07 Civ. 11111 (DAB)
          -against-                       ORDER

SCHOLASTIC, INC.,

                    Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    The Clerk is hereby directed to terminate all motions pending as of the date of this ORDER and close the case.

    SO ORDERED.

Dated:    New York, New York

*February 14, 2008*

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CANDACE MOORE

                    Plaintiff

                                       NOTICE OF
                                       VOLUNTARY DISMISSAL
     -Against-                         1:07-cv-11111
SCHOLASTIC INC.,

                    Defendant
-------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that plaintiff CANDACE MOORE hereby voluntarily dismisses this action against defendant, SCHOLASTIC INC., without prejudice

      The Complaint in this matter has not been served on the defendant in this matter.

Dated: Brooklyn, New York
          January 28, 2008

_____
CANDACE MOORE
20 Ruth Street
Irvington, New Jersey 07111
(973) 374-5364

Brooklyn, New York
January 28, 2008

_____
AMBROSE WOTORSON (AWW-2412)
Law Offices of Ambrose Wotorson
26 Court Street, Ste. 1811
Brooklyn, New York 11242
(718) 797-4861

**STATE OF NEW YORK**
**COUNTY OF KINGS** ss:

On the 25 day of JAN, 2008, before me personally came and appeared, to me **CANDACE MOORE** known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

_____
NOTARY PUBLIC

S.R. PATEL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 16, 2012
ID #2104268

**STATE OF NEW YORK**
**COUNTY OF KINGS** ss:

On the day of JAN, 2008, before me personally appeared, to me **AMBROSE WOTORSON** known to me to to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2011

1